**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Terry Nali and William Grimm, as Trustees of  
The Twin City Floor Covering Industry Pension  
Fund and The Twin City Floor Covering Industry  
Fringe Benefit Trust Fund, and their Trustees,

              Plaintiffs,

vs.

Patco, Incorporated,

              Defendant.

Civil No. 10-550 (RHK/FLN)

**ORDER FOR DISMISSAL**

---

Pursuant to the Notice of Voluntary Dismissal (Doc. No. 8), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: December 28, 2010

                                         s/Richard H. Kyle  
                                         RICHARD H. KYLE  
                                         United States District Judge